# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3345

_____

Marvel Jones,

        Appellant,

    v.

Internal Revenue Service; Rodney J.
Strickland, Chief, Customer Service
Branch III; Dennis Parizek, Chief,
Customer Service Center Examination
Branch; Mr. Corbridge, Unknown
Position at Internal Revenue Service;
Richard M. Creamer, Commissioner;
Known and Unknown Defendants,

        Appellees,

---------------------------------

Marvel Jones,

        Appellant,

    v.

Nebraska Department of Correctional
Services; Harold W. Clarke, Director;
Michael Kenney, Warden; George
Green, Facility CEO; Inga L.

Appeal from the United States
District Court for the
District of Nebraska.

[UNPUBLISHED]

Hookstra; Known and Unknown          *
Defendants,                          *
                                     *
            Appellees.               *

_____

Submitted:  March 28, 2003
Filed:  April 1, 2003

_____

Before BOWMAN, WOLLMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Nebraska inmate Marvel Jones appeals the District Court's[1] Federal Rule of Civil Procedure 12(b) dismissal of, and its subsequent adverse grant of summary judgment in, his related 42 U.S.C. § 1983 lawsuits.  Having carefully reviewed the record de novo, we affirm for the reasons explained in the District Court's well-reasoned and thorough orders.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.

_____

[1]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

-2-